UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EDWARD L. BASKIN,

    Plaintiff,

v.                                CASE NO. 3:21cv698-MCR-HTC

AARON LEAVINS, *et al.*,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 23, 2021, ECF No. 10, which recommends this case be dismissed without prejudice as malicious for Plaintiff's abuse of the judicial process and failure to comply with Court orders. The parties were given time to file objections to the Report and Recommendation.

Having considered the Report and Recommendation and any duly filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

(2) This case is DISMISSED WITHOUT PREJUDICE as malicious for Plaintiff's abuse of the judicial process and for failure to comply with Court orders.

(3) The Clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**